**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

**FEB 22 1999**

# TENTH CIRCUIT

**PATRICK FISHER**
**Clerk**

FATENA DAHDAL,

      Plaintiff-Appellant,

v.

THORN AMERICAS, INC.,

      Defendant-Appellee.

No. 98-3162
(D.C. No. 97-2119-GTV)
(Kansas)

## ORDER AND JUDGMENT[*]

Before **SEYMOUR**, Chief Judge, **BALDOCK** and **HENRY**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The cause is therefore ordered submitted without oral argument.

Fatena Dahdal appeals from the judgment entered by the district court in

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, or collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

favor of Thorn Americas, Inc. on a jury verdict in her Title VII action against the company. Ms. Dahdal, acting pro se, contends the district court made a number of trial errors including permitting improper testimony from a psychologist testifying for the defendant and improper closing argument by defendant's attorney, failing to sanction defendant's corporate representative, giving erroneous jury instructions, failing to submit punitive damages correctly, and refusing to set aside the jury verdict. Appellate review of any of these issues requires a review of the trial transcript, which Ms. Dahdal has failed to provide. Under these circumstances, we have no choice but to affirm the judgment of the district court. *See Deines v. Vermeer Mfg. Co.*, 969 F.2d 977, 979 (10th Cir. 1992) (citing cases).[1]

**AFFIRMED.**

ENTERED FOR THE COURT

Stephanie K. Seymour
Chief Judge

---

[1] We grant defendant's motion to supplement the record and deny defendant's motion to dismiss the appeal on various grounds.